**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, GEICO
GENERAL INSURANCE COMPANY,
GEICO CASUALTY COMPANY and
GEICO INDEMNITY COMPANY,

           Plaintiffs,

v.                                         Case No:   6:12-cv-1138-Orl-40DAB

KJ CHIROPRACTIC CENTER LLC,
WELLNESS PAIN & REHAB, INC.,
SADAT SMITH, ARTHUR VITO,
ESDRAS PIERRE LOUIS, JEAN
CASSAMAJOR, ROBERT COHEN,
ORLENE JOSEPH, EDNER DESIR,
ELAINE FELIX, VLADIMIR JEAN
PIERRE, ROBERT THELUSMA,
SHENIKA RICHARDSON, SHAYLA
GAINES, CHANEL AKINS, QUEENA
MCRAE, JEAN DORESTANT and
BELLE MANAGEMENT, LLC,

           Defendants.

## ORDER

This cause is before the Court on Motion for Default Judgment Against Robert Thelusma (Doc. 324) filed on June 24, 2014 and Supplemental Motion for Entry of Default Judgment Against Robert Thelusma (Doc. 393) filed September 17, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motions be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 2, 2014 (Doc. No. 401), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment Against Robert Thelusma (Doc. 324) is hereby **GRANTED**, to the extent that it seeks entry of a default against Robert Thelsuma, but **DENIED**, to the extent it seeks entry of judgment against this defendant, at this time.

3. The Supplemental The Motion for Default Judgment Against Robert Thelusma (Doc. 393) is hereby **GRANTED**, to the extent that it seeks entry of a default against Robert Thelsuma, but **DENIED**, to the extent it seeks entry of judgment against this defendant, at this time.

4. The Clerk is directed to enter a **DEFAULT** against Defendant Thelusma.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties