**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, GEICO
GENERAL INSURANCE COMPANY,
GEICO CASUALTY COMPANY and
GEICO INDEMNITY COMPANY,

               Plaintiffs,

v.                                                 Case No: 6:12-cv-1138-Orl-40DCI

KJ CHIROPRACTIC CENTER LLC,
WELLNESS PAIN & REHAB, INC.,
SADAT SMITH, ARTHUR VITO,
ESDRAS PIERRE LOUIS, JEAN
CASSAMAJOR, ROBERT COHEN,
ORLENE JOSEPH, EDNER DESIR,
ELAINE FELIX, VLADIMIR JEAN
PIERRE, ROBERT THELUSMA,
SHENIKA RICHARDSON, SHAYLA
GAINES, CHANEL AKINS, QUEENA
MCRAE, JEAN DORESTANT and
BELLE MANAGEMENT, LLC,

               Defendants/Third
               Party Plaintiff,
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion in Support of Reasonable Attorney's Fees, Costs, and Expenses Relative to GEICO's Granted Motion for Summary Judgment and Default Judgment (Doc. 663) filed on January 22, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 5, 2018 (Doc. 664), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion in Support of Reasonable Attorney's Fees, Costs, and Expenses Relative to GEICO's Granted Motion for Summary Judgment and Default Judgment (Doc. 663) is **GRANTED IN PART** as follows:

    a. The Court awards Plaintiffs a total of **$1,571,692.43** in attorney fees joint and severally against Defendants Jean Dorestant, Belle Management, LLC, Shenika Richardson, Vladimir Jean Pierre, Chanel Atkins, Robert Cohen, Jean Cassamajor, Elaine Felix, Esdras Pierre Louis, Edner Desir, and Shayla Gaines; and

    b. The Court awards Plaintiffs a total of **$15,634.81** in costs jointly and severally against Defendants Jean Dorestant, Belle Management, LLC, Shenika Richardson, Vladimir Jean Pierre, Chanel Atkins, Robert Cohen, Jean Cassamajor, Elaine Felix, Esdras Pierre Louis, Edner Desir, and Shayla Gaines.

3. The Motion (Doc. 663) is otherwise **DENIED**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 20, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties